Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 56431.**—D. C. Andrews & Co. et al. *v.* United States, protests 33120–K/89365, etc.   (Chicago).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 56432.**—Charmeur Products, Inc. *v.* United States, protest 178177–K (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of "Ichthyolsulfonate d'Ammonium" similar in all material respects to the ammonium ichthosulfonate passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

**No. 56433.**—American Roland Corp. et al. *v.* United States, protests 173419–K, etc.   (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 56434.**—Fleming-Joffe, Ltd. *v.* United States, protest 134992–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 56435.**—Friedman Bros. *v.* United States, protest 149498–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of snakeskins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.